# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                                                          **Crim. No. 5:20-CR-389-1M**

**JOSHUA RAY POWELL**

On February 16, 2024, the above named began supervised release for a period of three years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Orlando M. Roberts
Orlando M. Roberts
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 252-508-3055
Executed On: May 7, 2026

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___11th___ day of ___May___, 2026.

Richard E. Myers II
Chief United States District Judge